AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JEFFERY FINLEY | ) Case No. |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEFFERY FINLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C.1752(a)(1)and(2) - Knowingly Enter and Remain in any Restricted Building or Grounds without Lawful Authority and Engage in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds
40 U.S.C. § 5104(e)(2)(D) and (G) - Engage in Disorderly Conduct in any of the Capitol Buildings

Date: 03/21/2021

2021.03.21 15:52:21 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/21/2021, and the person was arrested on *(date)* 3/22/2021
at *(city and state)* Martinsburg, WV.

Date: 3/22/2021

Mark McNeal
*Arresting officer's signature*

Mark McNeal / FBI Special Agent
*Printed name and title*