IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No: 21-CR-526 (TSC) |
| : | |
| JEFFERY FINLEY, : | |
| : | |
| Defendant. : | |
| : | |

**JOINT MOTION TO CONTINUE THE STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully move the Court for an Order to continue the status hearing scheduled for October 29, 2021, and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161, from October 29, 2021, until the next status hearing in this case to be scheduled on or after November 19, 2021. In support of their Joint Motion, the Parties state as follows:

1. On March 21, 2021, Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

2. On August 18, 2021, Finley was charged by Information (ECF 25) that charged Finley with violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

3. On August 25, 2021, Finley was arraigned before Judge Tanya S. Chutkan on Counts 1 – 4 of the Information, and Finley entered a plea of Not Guilty. Based on the representations made during the hearing, and for good cause shown, the Court found that in the

interest of justice that the time between August 18, 2021 and October 29, 2021, shall be excluded from the speedy trial calculation.

4.      Since the hearing on August 25, 2021, the government has made additional discovery productions, and counsel for the parties have continued to engage in communications by phone and email. The parties have discussed and agree that the status conference set for October 29, 2021, can be rescheduled to a date on or after November 19, 2021. The parties have discussed and further agree that the interests of justice are best served by the exclusion of time under the Speedy Trial Act. Such period will allow the Parties additional time to engage in discovery and continued discussions about the case and will allow the parties additional time to prepare.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ Jason McCullough
JASON B.A. MCCULLOUGH
D.C. Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7233
jason.mccullough2@usdoj.gov


FEDERAL PUBLIC DEFENDER
COUNSEL FOR DEFENDANT

By:     /s/ Aaron Moss
AARON DAVID MOSS
FEDERAL PUBLIC DEFENDER OFFICE
651 Foxcroft Ave.
Suite 202
Martinsburg, WV 25401
(304) 260-9421
aaron_moss@fd.org

Dated: October 27, 2021