IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-526 (TSC) |
| | : | |
| JEFFERY FINLEY, | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### JOINT MOTION TO CONTINUE THE STATUS HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully move the Court for an Order to continue the status hearing scheduled for November 19, 2021, and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 3161, from November 19, 2021, until the next status hearing in this case to be scheduled. In support of their Joint Motion, the Parties state as follows:

1. On March 21, 2021, Finley was arrested on criminal complaint on violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

2. On August 18, 2021, Finley was charged by Information (ECF 25) that charged Finley with violations of 18 U.S.C. §§ 1752(a)(1) and (2), and 40 U.S.C. §§ 5104(e)(2)(D) and (G) for his conduct in and around the U.S. Capitol on January 6, 2021.

3. On August 25, 2021, Finley was arraigned before Judge Tanya S. Chutkan on Counts 1 – 4 of the Information, and Finley entered a plea of Not Guilty. Based on the representations made during the hearing, and for good cause shown, the Court found that in the

interest of justice that the time between August 18, 2021 and October 29, 2021, shall be excluded from the speedy trial calculation.

4.  The parties filed a motion to continue the status conference set for October 29, 2021. For the reasons set forth in that filing, and with both parties consent, the Court continued the status hearing until November 19, 2021, and excluded time from the speedy trial calculation between October 29, 2021 and November 19, 2021.

5.  Since the filing on October 27, 2021, the government has an additional discovery production, and counsel for the parties have continued to engage in communications by phone and email. The parties have discussed and agree that the status conference set for November 19, 2021, should be continued.

6.  The Parties respectfully request that the Court order the Parties to submit proposed dates for the next status conference to the Court by no later than November 23, 2021.

7.  The Parties have discussed and further agree that the interests of justice are best served by the exclusion of time under the Speedy Trial Act until the next status conference can be scheduled. Such period will allow the Parties additional time to engage in discovery and continued discussions about the case and will allow the parties additional time to prepare.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/ Jason McCullough*
    JASON B.A. MCCULLOUGH
    D.C. Bar No. 998006; NY Bar No. 4544953
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-7233
    jason.mccullough2@usdoj.gov

                                        FEDERAL PUBLIC DEFENDER
                                        COUNSEL FOR DEFENDANT

By:    */s/ Aaron Moss*
         AARON DAVID MOSS
         FEDERAL PUBLIC DEFENDER OFFICE
         651 Foxcroft Ave.
         Suite 202
         Martinsburg, WV 25401
         (304) 260-9421
         aaron_moss@fd.org

Dated: November 19, 2021