IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No: 21-CR-526 (TSC) |
| : | |
| **JEFFERY FINLEY,** : | |
| : | |
| **Defendant.** : | |
| : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

The United States of America, by and through the United States Attorney for the District of Columbia respectfully moves the Court for an Order to continue the Sentencing Hearing scheduled for July 19, 2022. The government requests this continuance to allow time for the parties to fully evaluate the nature and seriousness of the defendant's misconduct and for the parties to prepare a full and complete allocution to assist this Court in its sentencing. The government proposes to file a status report on November 2, 2022. The government anticipates that the parties will be in position to propose a date for sentencing at that time. Defendant does not oppose the relief sought in this motion.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    United States Attorney
                                                    D.C. Bar No. 481052

By:    */s/ Jason McCullough*
           JASON B.A. MCCULLOUGH
           D.C. Bar No. 998006; NY Bar No. 4544953
           Assistant United States Attorney
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 252-7233
           jason.mccullough2@usdoj.gov