IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-526 (TSC) |
| | : | |
| JEFFERY FINLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**[PROPOSED] ORDER**

Having considered the Government's unopposed motion to continue the Sentencing Hearing currently scheduled for July 19, 2022, and for good cause shown, it is hereby:

ORDERED that the Sentencing Hearing currently scheduled for July 19, 2022, is continued;

FURTHER ORDERED that the parties shall submit a joint status report on or before November 2, 2022, which advises the Court of a new date for the Sentencing Hearing.

SO ORDERED this _____ day of July 2022.

_____
THE HONORABLE TANYA S. CHUTKAN
United States District Court Judge
For the District of Columbia