IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 21-CR-526 (TSC) |
| | : | |
| JEFFERY FINLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District

of Columbia, and Defendant Jeffery Finley ("Finley"), by and through his counsel, respectfully

submit this joint status report in accordance with the Court's July 13, 2022, Minute Order, which

directed the parties to submit a joint status report advising the court of no less than three proposed

sentencing dates on or before November 2, 2022.

For the reasons previously communicated to the Court, the parties propose any of the

following dates for a Sentencing Hearing in this matter:

- February 13 – 15, 2023;

- February 22[1] – 24, 2023; and

- February 27 – March 3, 2023.

The parties understand that the Sentencing Hearing will proceed in person. Should it please the

Court, the parties respectfully request to stagger the submission of sentencing memoranda such

that the government's submission is due ten (10) days before sentencing and the defense

submission is due seven (7) days before the Sentencing Hearing.

---

[1] On February 22, 2023, at 2:00 p.m., counsel for Mr. Finley is scheduled to appear in the United States District Court for the District of Columbia for an in-person sentencing hearing in *United States v. Eric Cramer*, Criminal Case No. 22-cr-339-01 (RDM).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Jason McCullough*
        JASON B.A. MCCULLOUGH
        D.C. Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7233
        jason.mccullough2@usdoj.gov

        FEDERAL PUBLIC DEFENDER
        COUNSEL FOR DEFENDANT

By:     */s/ Aaron Moss*
        AARON DAVID MOSS
        FEDERAL PUBLIC DEFENDER OFFICE
        651 Foxcroft Ave.
        Suite 202
        Martinsburg, WV 25401
        (304) 260-9421
        aaron_moss@fd.org

Dated: November 2, 2022