UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | Case No: 1:21-cr-00526-TSC-1 |
| v. | * | |
| | * | |
| | * | |
| **JEFFERY FINLEY,** | * | |
| Defendant. | * | |

ooOoo

### UNOPPOSED MOTION FOR A FOUR WEEK EXTENSION OF TIME TO REPORT TO THE FEDERAL INSTITUTION

Mr. Finley is presently under subpoena to testify at an ungoing trial in this district, *United States v. Nordean,* No. 21-cr-175 (TJK). Mr. Finley's testimony is scheduled for this week or early next week. However, Mr. Finley has been ordered to report to the Bureau of Prison on March 22, 2023, to begin service of the sentence imposed by this Honorable Court on February 13, 2023. Undersigned counsel has been informed by the United States that if Mr. Finley reports to begin service of his sentence it will be highly unlikely (or nearly impossible) that the United States would be able to have him transported to this district to testify with such short notice.

1. Undersigned counsel, who represents Zachary Rehl, a defendant in the *Nordean* case caused the subpoena to be issued and served on Mr. Finley on December 11, 2022. Counsel only recently learned that Mr. Finley was ordered to report to the Bureau of Prison to begin service of his sentence.

2. In order to preserve Mr. Rehl's constitutional rights under the Sixth Amendment and the Due Process clause to compel witnesses to appear at his trial, Mr.

Rehl respectfully requests that the Court extend the date for Mr. Finley to report to the Bureau of Prison from March 22, 2023 for four weeks to and including April 19, 2023.

3. AUSA Jason McCullough, who was the lead prosecutor in the instant case as well as the lead prosecutor in the pending trial at which Mr. Finley's testimony is required does not oppose this request.

**WHEREFORE,** for the foregoing reasons, it is respectfully requested that this Honorable Court grant Mr. Finley a 4-week extension of his March 22, 2023 reporting date to and including April 19, 2023.

Respectfully submitted,

March 21, 2023

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Motion was served on all counsel of record via ECF this 21st day of March, 2023.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**