UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   Case No: 1:21-cr-00526-TSC-1 |
| v. | * |
| | * |
| | * |
| JEFFERY FINLEY, | * |
| Defendant. | * |

ORDER

Upon consideration of the Second Unopposed Motion for a Three Day Extension of Time for Jeffrey Finley to report to the federal institution, good cause having been shown, it is on this 28th day of March, 2023, by the United States District Court of the District of Columbia,

**ORDERED:**

1. that the Motion is hereby **GRANTED;** and

2. that the United States Marshal shall inform the Bureau of Prisons that Mr. Finley shall not be required to report to the Bureau of Prison **until Thursday, March 30, 2023.**

Date:  3/28/2023

*Tanya Chutkan*

HONORABLE TANYA S. CHUTKAN

United States District Judge