UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | * | |
| v. | * | Case No.  21-cr-00526-TSC-1 |
| | * | |
| **Jeffery Finley,** | * | |
| **Defendant** | * | |
| | ****** | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO REPORT TO THE FEDERAL INSTITUTION**

Mr. Finley, by his undersigned counsel, hereby respectfully moves this Honorable Court to continue the date when he must report to the federal institution to and including status hearing scheduled for April 5, 2023, due to the fact that Mr. Finley has been required to appear pursuant to a trial subpoena in *United States v. Rehl,* 21-CR- 175 (TJK) in this district.  Mr. Finley has finally provided testimony on this date.  However, as a result of the delays Mr. Finley needs to make new arrangements to travel to self-report.  The next available time when he is able to have his mother provide a ride for him to self-report is Wednesday, April 5, 2003.

Mr. Finley consents to this request.  AUSA Jason McCullough, who is the lead prosecutor in both the instant case and in the *Rehl* case does not oppose this request.

Respectfully submitted,

/s/
_____
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the instant motion was served on all counsel of record via ECF this 30th day of March, 2023.

/s/
_____
**Carmen D. Hernandez**