UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Case No: 1:21-cr-00526-TSC-1 |
| v. | * |
| | * |
| | * |
| JEFFERY FINLEY, | * |
| Defendant. | * |

ooOoo

ORDER

Upon consideration of the Unopposed Motion for an Extension of Time for Mr. Finley to report to the federal institution, good cause having been shown, it is ____30____ day of March, 2023, by the United States District Court fo the District of Columbia,

**ORDERED:**

1. that the Motion is hereby **GRANTED**; and

2. that the United States Marshal shall inform the Bureau of Prisons that Mr. Finley shall not be required to report to the Bureau of Prison until April 5, 2023.

HONORABLE TANYA S. CHUTKAN

**United States District Judge**